UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
Dury Osbeli GARCIA-CRISOSTOMO,

               Petitioner,

        -v-

Kenneth GENALO, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; Todd BLANCHE, Attorney
General of the United States; Markwayne
MULLIN, Secretary of Homeland Security; and
David VENTURELLA, Acting Director, U.S.
Immigration and Customs Enforcement,

               Respondents.
-----------------------------------------------------------------------

26-cv-5458 (PKC)

ORDER

CASTEL, U.S.D.J.:

       Pending the hearing and determination of the petition for writ of habeas corpus, respondents are RESTRAINED, ENJOINED, and ORDERED to: (a) refrain from removing petitioner from the Southern District of New York, the Eastern District of New York, or the District of New Jersey, and (b) shall promptly notify counsel of the location where petitioner is detained by ICE and any changes in that location.

       This order, together with the petition for writ of habeas corpus, shall be served by petitioner's counsel upon respondents forthwith:

       And this order may be modified by the judge to whom this case is assigned.

       SO ORDERED.

                             P. Kevin Castel
                        United States District Judge

Dated:  New York, New York
       June 26, 2026
       7:30pm
        Part One