UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURY OSBELI GARCIA-CRISOSTOMO,

Petitioner,

-against-

KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; TODD BLANCHE, *Attorney General of the United States*; MARKWAYNE MULLIN, *Secretary of Homeland Security*; DAVID VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement*,

Respondents.

**ORDER**
26-cv-05458

EDGARDO RAMOS, United States District Judge:

On June 26, 2026, Dury Osbeli Garcia-Crisostomo filed a petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, alleging that he is being unlawfully detained by ICE. Doc. 1. On June 29, 2026, the Court issued an order to answer, which required: the Government to respond to enumerated questions about the detention within two business days, the Government to file their opposition to the petition within three business days, and Garcia-Crisostomo to file his reply within ten business days. Doc. 4. The Government timely filed their answer and opposition on July 2 and July 3, 2026, respectively. Docs. 6, 7. Garcia-Crisostomo's reply was due on July 14, 2026, ten business days after the Court's June 29, 2026 order. However, to date, Garcia-Crisostomo has not filed a reply.

Garcia-Crisostomo is directed to file a reply in support of his petition by July 24, 2026. If he fails to do so by that deadline, the Court will consider the petition fully briefed.

SO ORDERED.

Dated:    July 17, 2026
          New York, New York

_____
EDGARDO RAMOS
United States District Judge

2